| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-26205 / CMG**

Karl Schaefer

Petition Filed Date: 08/22/2019
341 Hearing Date: 09/19/2019
Confirmation Date: 12/04/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/30/2019 | $245.00 | 25850510122 | 09/17/2019 | $245.00 | 61809100 | 10/21/2019 | $245.00 | 62634520 |
| 11/18/2019 | $245.00 | 63391880 | 12/17/2019 | $291.00 | 64101410 | | | |

**Total Receipts for the Period: $1,271.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,562.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Karl Schaefer | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JAMES J CERBONE, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $3,610.00 | $1,203.75 | $2,406.25 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2018 | Priority Crediors | $4,315.77 | $0.00 | $4,315.77 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $66.39 | $0.00 | $66.39 |
| 3 | DISCOVER BANK | Unsecured Creditors | $13,497.83 | $0.00 | $13,497.83 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $11,206.21 | $0.00 | $11,206.21 |
| 5 | NJ DIVISION OF TAXATION<br>»» 2017-2018 | Priority Crediors | $2,865.86 | $0.00 | $2,865.86 |
| 6 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $4,865.15 | $0.00 | $4,865.15 |
| 7 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» ASHLEY HOME FURNISHINGS | Unsecured Creditors | $727.99 | $0.00 | $727.99 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $590.14 | $0.00 | $590.14 |
| 9 | PNC Bank, NA<br>»» P/802 RIVER AVE/1ST MTG | Mortgage Arrears | $221.04 | $0.00 | $221.04 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $4,162.26 | $0.00 | $4,162.26 |
| 11 | TD AUTO FINANCE LLC<br>»» 2011 HONDA ACCORD | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-26205 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,562.00 | Plan Balance: | $15,714.00 ** |
| Paid to Claims: | $1,203.75 | Current Monthly Payment: | $291.00 |
| Paid to Trustee: | $88.20 | Arrearages: | $0.00 |
| Funds on Hand: | $270.05 | Total Plan Base: | $17,276.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.