| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-26205 / CMG**

Karl Schaefer

Petition Filed Date: 08/22/2019
341 Hearing Date: 09/19/2019
Confirmation Date: 12/04/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2020 | $291.00 | 64997300 | 02/19/2020 | $291.00 | 65668320 | 03/16/2020 | $291.00 | 66440620 |
| 04/20/2020 | $291.00 | 67238880 | 05/20/2020 | $291.00 | 68019840 | 06/19/2020 | $291.00 | 68761140 |
| 07/22/2020 | $291.00 | 69547340 | 08/19/2020 | $291.00 | 70226710 | 09/21/2020 | $291.00 | 71001930 |
| 10/19/2020 | $291.00 | 71691160 | 11/18/2020 | $291.00 | 72438440 | 01/20/2021 | $291.00 | 73912830 |
| 02/18/2021 | $291.00 | 74598270 | | | | | | |

**Total Receipts for the Period:  $3,783.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,054.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Karl Schaefer | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,610.00 | $3,610.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2018 | Priority Crediors | $4,315.77 | $180.74 | $4,135.03 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $66.39 | $0.00 | $66.39 |
| 3 | DISCOVER BANK | Unsecured Creditors | $13,497.83 | $0.00 | $13,497.83 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $11,206.21 | $0.00 | $11,206.21 |
| 5 | NJ DIVISION OF TAXATION<br>»»  2017-2018 | Priority Crediors | $2,865.86 | $120.02 | $2,745.84 |
| 6 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $4,865.15 | $0.00 | $4,865.15 |
| 7 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  ASHLEY HOME FURNISHINGS | Unsecured Creditors | $727.99 | $0.00 | $727.99 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/LOWES | Unsecured Creditors | $590.14 | $0.00 | $590.14 |
| 9 | PNC Bank, NA<br>»»  P/802 RIVER AVE/1ST MTG | Mortgage Arrears | $221.04 | $221.04 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS | Unsecured Creditors | $4,162.26 | $0.00 | $4,162.26 |
| 11 | TD AUTO FINANCE LLC<br>»»  2011 HONDA ACCORD | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-26205 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,054.00 | Plan Balance: | $12,222.00 ** |
| Paid to Claims: | $4,131.80 | Current Monthly Payment: | $291.00 |
| Paid to Trustee: | $375.70 | Arrearages: | $0.00 |
| Funds on Hand: | $546.50 | Total Plan Base: | $17,276.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**