| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-26205 / CMG**

Karl Schaefer

Petition Filed Date: 08/22/2019
341 Hearing Date: 09/19/2019
Confirmation Date: 12/04/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/20/2021 | $291.00 | 73912830 | 02/18/2021 | $291.00 | 74598270 | 03/18/2021 | $291.00 | 75314690 |
| 04/20/2021 | $291.00 | 76110160 | 05/19/2021 | $291.00 | 76800420 | 06/21/2021 | $291.00 | 77567540 |
| 07/20/2021 | $291.00 | 78217350 | 08/17/2021 | $291.00 | 78860190 | 09/22/2021 | $291.00 | 79631980 |
| 10/21/2021 | $291.00 | 80293010 | 11/22/2021 | $291.00 | 80937870 | 12/20/2021 | $291.00 | 81588500 |
| 01/18/2022 | $291.00 | 82173580 | | | | | | |

**Total Receipts for the Period: $3,783.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,255.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Karl Schaefer | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,610.00 | $3,610.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2018 | Priority Creditors | $4,315.77 | $2,125.55 | $2,190.22 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $66.39 | $0.00 | $66.39 |
| 3 | DISCOVER BANK | Unsecured Creditors | $13,497.83 | $0.00 | $13,497.83 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $11,206.21 | $0.00 | $11,206.21 |
| 5 | NJ DIVISION OF TAXATION<br>»» 2017-2018 | Priority Creditors | $2,865.86 | $1,411.43 | $1,454.43 |
| 6 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $4,865.15 | $0.00 | $4,865.15 |
| 7 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» ASHLEY HOME FURNISHINGS | Unsecured Creditors | $727.99 | $0.00 | $727.99 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $590.14 | $0.00 | $590.14 |
| 9 | PNC Bank, NA<br>»» P/802 RIVER AVE/1ST MTG | Mortgage Arrears | $221.04 | $221.04 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $4,162.26 | $0.00 | $4,162.26 |
| 11 | TD AUTO FINANCE LLC<br>»» 2011 HONDA ACCORD | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-26205 / CMG**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,255.00 | Plan Balance: | $9,021.00 ** |
| Paid to Claims: | $7,368.02 | Current Monthly Payment: | $291.00 |
| Paid to Trustee: | $620.42 | Arrearages: | $291.00 |
| Funds on Hand: | $266.56 | Total Plan Base: | $17,276.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.