| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-26205 / CMG**

Karl Schaefer

Petition Filed Date: 08/22/2019
341 Hearing Date: 09/19/2019
Confirmation Date: 12/04/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/18/2022 | $291.00 | 82173580 | 02/18/2022 | $291.00 | 82830550 | 03/21/2022 | $291.00 | 83537250 |
| 04/18/2022 | $291.00 | 84113840 | 05/18/2022 | $291.00 | 84748400 | 06/21/2022 | $291.00 | 85403340 |
| 07/19/2022 | $291.00 | 85964690 | 08/23/2022 | $291.00 | 86580280 | 09/22/2022 | $291.00 | 87211840 |
| 10/19/2022 | $291.00 | 87753920 | 11/21/2022 | $291.00 | 88347960 | 12/19/2022 | $291.00 | 88913250 |
| 01/19/2023 | $291.00 | 89454090 | 02/22/2023 | $291.00 | 90097770 | | | |

**Total Receipts for the Period: $4,074.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,038.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Karl Schaefer | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq. <br> »»  ATTY DISCLOSURE | Attorney Fees | $3,610.00 | $3,610.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE <br> »»  2018 | Priority Crediors | $4,315.77 | $4,216.37 | $99.40 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $66.39 | $0.00 | $66.39 |
| 3 | DISCOVER BANK | Unsecured Creditors | $13,497.83 | $0.00 | $13,497.83 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $11,206.21 | $0.00 | $11,206.21 |
| 5 | NJ DIVISION OF TAXATION <br> »»  2017-2018 | Priority Crediors | $2,865.86 | $2,799.85 | $66.01 |
| 6 | LVNV FUNDING LLC <br> »»  CITIBANK | Unsecured Creditors | $4,865.15 | $0.00 | $4,865.15 |
| 7 | JEFFERSON CAPITAL SYSTEMS, LLC <br> »»  ASHLEY HOME FURNISHINGS | Unsecured Creditors | $727.99 | $0.00 | $727.99 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES <br> »»  SYNCHRONY/LOWES | Unsecured Creditors | $590.14 | $0.00 | $590.14 |
| 9 | PNC Bank, NA <br> »»  P/802 RIVER AVE/1ST MTG | Mortgage Arrears | $221.04 | $221.04 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES <br> »»  BARCLAYS | Unsecured Creditors | $4,162.26 | $0.00 | $4,162.26 |
| 11 | TD AUTO FINANCE LLC <br> »»  2011 HONDA ACCORD | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-26205 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,038.00 | Plan Balance: | $5,238.00 ** |
| Paid to Claims: | $10,847.26 | Current Monthly Payment: | $291.00 |
| Paid to Trustee: | $920.69 | Arrearages: | $291.00 |
| Funds on Hand: | $270.05 | Total Plan Base: | $17,276.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.