| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 19-26205 / CMG**

Karl Schaefer

Petition Filed Date: 08/22/2019
341 Hearing Date: 09/19/2019
Confirmation Date: 12/04/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/19/2023 | $291.00 | 89454090 | 02/22/2023 | $291.00 | 90097770 | 03/22/2023 | $291.00 | 90670450 |
| 04/18/2023 | $291.00 | 91165230 | 05/17/2023 | $291.00 | 91714010 | 06/22/2023 | $291.00 | 92336650 |
| 07/18/2023 | $291.00 | 92799510 | 08/21/2023 | $291.00 | 93364060 | 09/20/2023 | $291.00 | 93883600 |
| 10/20/2023 | $291.00 | 94399850 | 11/20/2023 | $291.00 | 94926430 | 12/20/2023 | $291.00 | 95406250 |
| 01/18/2024 | $291.00 | 95872820 | | | | | | |

**Total Receipts for the Period: $3,783.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,239.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Karl Schaefer | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,610.00 | $3,610.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2018 | Priority Creditors | $4,315.77 | $4,315.77 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $66.39 | $0.00 | $66.39 |
| 3 | DISCOVER BANK | Unsecured Creditors | $13,497.83 | $971.98 | $12,525.85 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $11,206.21 | $806.95 | $10,399.26 |
| 5 | NJ DIVISION OF TAXATION<br>»» 2017-2018 | Priority Creditors | $2,865.86 | $2,865.86 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $4,865.15 | $350.34 | $4,514.81 |
| 7 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» ASHLEY HOME FURNISHINGS | Unsecured Creditors | $727.99 | $52.42 | $675.57 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $590.14 | $33.53 | $556.61 |
| 9 | PNC Bank, NA<br>»» P/802 RIVER AVE/1ST MTG | Mortgage Arrears | $221.04 | $221.04 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $4,162.26 | $299.72 | $3,862.54 |
| 11 | TD AUTO FINANCE LLC<br>»» 2011 HONDA ACCORD | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-26205 / CMG**

|  | **SUMMARY** |  |  |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/25/2024: | | | |
| Total Receipts: | $15,239.00 | Plan Balance: | $2,037.00 ** |
| Paid to Claims: | $13,527.61 | Current Monthly Payment: | $291.00 |
| Paid to Trustee: | $1,163.94 | Arrearages: | $0.00 |
| Funds on Hand: | $547.45 | Total Plan Base: | $17,276.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**